FILED

08/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0146

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0146

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

TYLER FREDERICK ERICKSON,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including September 12, 2022, within which to prepare, file, and serve its response brief.

KFS

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 3 2022